```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

MICHAEL SNELLING,              )
                               )
       Plaintiff,              )   CIVIL ACTION FILE NO.
                               )   1:16-CV-00130-CC-AJB
v.                             )
                               )
OFFICER STROY,                 )
                               )
       Defendant.              )
_____)
```

## DEFENDANT ROBERT STROY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Robert Stroy, by and through undersigned counsel, and moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the United States District Court for the Northern District of Georgia for the entry of summary judgment in his favor on the grounds that there are no genuine issues of material fact, and he is entitled to judgment as a matter of law.

In support of his Motion, Defendant relies upon the following:

1) Brief in Support of Defendant's Motion for Summary Judgment, filed contemporaneously herewith;

2) Defendant's Statement of Material Facts to Which There is No Genuine Issue to be Tried;

1

3) Excerpts from Plaintiff Michael Snelling's May 30, 2017 Deposition, attached as Exhibit A;

4) The Affidavit of Robert Stroy; and

5) All pleadings of record in this case.

WHEREFORE, Defendant prays that his Motion for Summary Judgment be granted.

Respectfully submitted, this 12th day of July, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572378

Kaye Woodard Burwell
Deputy County Attorney
Georgia Bar No. 775060

***/s/ Ashley J. Palmer***
Ashley J. Palmer
Senior Assistant County Attorney
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

```
MICHAEL SNELLING,              )
                               )
     Plaintiff,                )    CIVIL ACTION FILE NO.
                               )    1:16-CV-00130-CC-AJB
v.                             )
                               )
OFFICER STROY,                 )
                               )
     Defendant.                )
_____)
```

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing **DEFENDANT ROBERT STROY'S MOTION FOR SUMMARY JUDGMENT** has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing will be served upon the following *pro se* inmate plaintiff by U.S. Mail and addressed as follows:

```
              Michael Snelling
               GDC# 1099143
            Baldwin State Prison
                P.O. Box 218
           Hardwick, Georgia 31034
```

Respectfully submitted, this 12th day of July, 2017.

*/s/ Ashley J. Palmer*
Ashley J. Palmer
Georgia Bar No. 603514
ashley.palmer@fultoncountyga.gov

3

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)