IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL SNELLING, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:16-CV-00130-CC-AJB |
| v. ) | |
| ) | |
| ) | |
| ) | |
| OFFICER STROY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AFFIDAVIT OF ROBERT STROY**

Appeared before me, Robert Stroy, and after first being duly sworn, declared as follows:

1.

I am over twenty-one (21) years of age. The statements contained herein are based on my personal knowledge.

2.

I am a Detention Officer in the Fulton County Sheriff's Office assigned to the Fulton County Jail.

3.

On December 22, 2015, I was escorting an inmate, Nyron Thomas, through cell block 7ST-600 after his return from a court appearance.

1

4.

As I was escorting Inmate Thomas, a matter in another zone captured my attention. Therefore, I removed inmate Thomas's restraints as he was climbing the stairs to facilitate a quick transition from the administration lockdown zone to the other zone where I was needed.

5.

I intended to supervise Inmate Thomas as he traversed the stairs until he was secured back in his cell.

6.

However, after removing Inmate Thomas's restraints, he pushed me away and ran towards Michael Snelling, who was standing nearby, and struck him with a closed fist.

7.

I immediately subdued Inmate Thomas and, after calling other correctional officers to assist, began providing medical assistance to Inmate Snelling.

8.

Prior to this incident, I was unaware of any disagreement between Inmate Thomas and Inmate Snelling.

9.

Prior to this incident, I was not aware that Inmate Thomas posed any risk to Inmate Snelling or any other inmates.

10.

Further, Inmate Snelling never told me that he felt that Inmate Thomas posed any risk to him.

**FURTHER AFFIANT SAYETH NOT.**

Executed in Fulton County, Georgia, this 12th day of July, 2017.

_____
Robert Stroy

SWORN to and subscribed
before me this 12th day
of July, 2017.

_____
Notary Public

My Commission Expires:

TAMMY WALTON
Notary Public
Cobb County, Georgia
My Commission Expires April 10, 2021

3