In the United States District Ca
Northern District of Georgia
Atlanta Division

Michael Snelling, Jr.,
    Plaintiff,

    V.

Officer Robert Stroy
    Defendant.

Fulton Office of the
County Attorney
APR 24 2017
Received

Civil Action File No.
1:16-CV-00130-CC-AJB

I Plaintiff, Michael Snelling, Jr. GDC #1099143 who is confined at the facility of Baldwin State Prison in Hardwick, GA. I take this opportunity to write you back with the answers that you was looking from me to say about the Defendant Officer R. Stroy also Nyron Thomas,, (D). The Fulton Co. Jail has so many, (Audio Video Camera) in the facility of the jail of ever floor Zone. On December, 22, 2015 audio Video time of 1:i0.m. 2:30 PM Zone 7 South 600.

## Interrogatories

(9). Defendant Officer Robert Stroy was aware about the inmate Nyron Thomas that was going to harm me because they both talk about it before leaving Zone 700 7 South. And inmate was Just coming from in house Court of the facility of the jail.

(10). Defendant Officer Robert Stroy should have walk inmate Nyron Thomas to his Cell in handcuff's the same way he was removed from the cell in handcuff's.

(12). While inmate Nyron Thomas was in Zone 700 of 7 South waiting to be Place inside his Cell. Defendant Officer Robert Stroy took a upon him self to let inmate Nyron Thomas talk Officer R. Stroy of removing the handcuff's and leting him walk to his cell

a lone has had problems in the pass while being on (Administrative lock down Zone of 2 Sooth 600 Zone. And watch inmate Nyron Thomas harm me with a weapon that he received from another inmate or officer that had hate for me.

I Plaintiff was waering a free world glasses at that time when I Physical Injury by the inmate. I was Sharing a Cell with another inmate that was involved and Cause the matter to happen with inmate Nyron Thomas by writing a letting to Capt. McGee who is employed for Fulton Co. Jail. It was about a Phone that he had inside his cell 610 of the facility of the Jail. So inmate Nyron Thomas harm me and not my Cell-mate and Defendant Officer R. Stroy Just stood there at the Zone of 2 Sooth 600 and didn't try to Stop inmate Nyron Thomas from harming me.

### Admissions

(3). All my grievances was reporting and turn into the grievances office and never review by the office or answer to be Inestigator it was a cover up about the Defendant Officer R. Stroy and inmate Nyron Thomas from Other Staff office.

This 15th day of April, 2017

Michael Snelling, Jr.
(Signature of Plaintiff)