In The United States District Court
For The Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 24 2017

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

7/24/2017
12:17pm
(1)

Michael Snelling, Jr.,
GDC # 1099143

   Plaintiff,

V.

Officer R. Stroy,
   Defendant.

Civil Action Filed No.
1:16-CV-00130-CC-AJB

1. Plaintiff Michael Snelling, Jr. who is confined at the facility of Baldwin State Prison in Hardwick, Ga.

## False Facts Statement From Defendant

The Defendant Officer R. Stroy don't want to admitted to his wrong in what he has done. (1). Yes I had an cell mate him and Nyron, Thomas got along real good I the Plaintiff never had a problem with my cell-mate until I have find out that he wrote a letter to Mr. McGee that Nyron Thomas had a phone and put my name on the letter that is why Nyron Thomas physical Injury me and not my cell-mate. (2). I Plaintiff was not acting crazy so I don't no how the Defendant come up like that and where did it come from. Document 53-1 Page 9. (3). There are Video audio Camera in Zone 700 of 7South of the hall before going into Zone 600 also has a camera do show

the truth in every Involved meant that the Defendant was never telling the truth in his Statement. The Camera will not lie. (4). When Defendant Officer R. Stroy not once Walk inmate Nyron Thomas to his Cell not one time he move from the red Zone of 600 of the exit he Just standed there and Watch inmate Nyron Thomas come at me with no other deputy around to escort Nyron Thomas or my Cell-mate back in Zone 600. (5). Defendant Officer R. Stroy had removed Nyron Thomas restraints before going into Zone 600 so I don't no where his next lie come from.

Document 53-2 Page 2 Q-5 Therefore, up escorting Thomas through cell block 7ST-600 Defendant never had no handcuff restraints while guiding Thomas up the stairs Nyron Thomas was walking own his towards me while I was on the kiosk Q-7 It never happen that way. Defendant Officer R. Stroy knew what he was do and knew what Nyron Thomas was about to do because they already talk about it because leaving 700 Zone Q-8 Is a lie Thomas walk towards me not ran. I Say again that Officer R. Stroy or the inmate was never on the stairs at anytime the Camera tell it all. Why is the Defendant Officer R. Stroy keep telling a lie Just making up Something to Just keep from Paying me for my relief. I'm tried of the games that the Defendant R Stroy doing

July 20, 2017
3:45 pm
(3)

Let's go to Trial A.S.A.P., I, Plaintiff don't want to play any more of officer R. Stroy laying games.

Signed This 20th day of July, 2017

Michael Snelling, Jr
(Signature of Plaintiff)

Michael Snelling, Jr.
GDC # 1094113
Baldwin State Prison
P.O. Box 218, Hardwick, GA 31034

Legal mail

MACON GA 310
21 JUL 2017 PM 1 L

Office Of The Clerk
United States District Court
2211 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA, 30303-3318

30303$3318 C039