In The United States District Court
For The Northern District of Georgia
Atlanta, Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 31 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Michael Snelling, Jr.,
GDC # 1099143
   Plaintiff,

V.

Officer R. Stroy,
   Defendant

Injunctive Relief:
18 U.S.C. § 3626

Civil Action Filed No:
1:16-CV-00130-CC-AJB

1. Plaintiff Michael Snelling, Jr. who is confined at the facility of Baldwin State Prison in Hardwick, GA.

(1). <u>Injunctive Relief</u>: 18 U.S.C. § 3626 limits the "Injunctive relief" (also called "Prospective relief") that is available in Prison Case. Injunctive relief is when you the court to make the Prison do Something differently, or Stop doing something altogether. For example, If you file a suit asking that the Prison change their Policy to let you Pray in a group, that is a case for injunctive relief. Injunctive relief and the change in it's availability under the PLRA are discussed in Chapter Four.

(2). <u>Exhaustion of Administrative Remedies</u>: 42 U.S.C. § 1997 (e*a) States that "(n)o action shall be brought with respect to Prison conditions by a Prisoner confined in any Jail, Prison, or other correctional Facility until such administrative remedies as are available are exhausted."

July 23, 2017
Time: 12:AM

This is known as the "exhaustion" requirement. If you try to sue a Prison official about anything he or she has done to you, the Court will dismiss your case unless you have first filed an administrative grievance or complaint about the issue you want to sue over. You also have to appeal that grievance as far as possible. You will learn more about exhaustion in Chapter Five, Section A, Part 2

1, the Plaintiff Michael Snelling, Jr. V. Defendant Officer R. Stroy, Civil Action Filed No. 1:16-CV-00130-CC-AJB. Do Have A Copy Of The Grievance Form

Fulton County Jail Grievance Office
Response To Inmate Grievance (1).

Grievance Officer Response: Inmate Snelling, a copy of your grievance will be forwarded to Lieutenant S. Morton for her review and further courses of action once the investigation has been complete. Please contact the Fulton County Jail and ask for a copy of the Grievance Form.

Inmate Name: Snelling, Michael          Date: 1/11/2016
Booking Number: 1410131                 Cell Location 3LD-06
Nature of Grievance: Allegations Of Physical Abuse
Incident Date: 12/22/2015               Disposition Date: 1/9/2016

Your grievance was received in this office 1/8/2016 and I find as follows:
Grievance Number: 012016-27071  Grievance Code: 1  Type Code: 33

July 23, 2017

Time: 12:46pm

## Fulton County Jail Grievance Office
## Response To Inmate Grievance (1)
### 2 of 3

Inmate Snelling submitted a grievance on 1/8/2016 on 12/22/2015 during the course of him being out for his daily one (1) hour recreation inmate Thomas stuck him with a weapon above his (Snelling) right eye after he (Thomas) was un-cuffed by an staff officer R. Stroy. Inmate Snelling further alleged that he was at the kiosk machine when this incident occurred and officer R. Stroy did not take any action during this incident occurring.

## Fulton County Jail Grievance Office
## Response To Inmate Grievance (2)

Inmate Name: Snelling, Michael          Date: 1/24/2016
Booking Number: 1410131                 Cell Location 3LD-05
Nature of Grievance: Allegation of Negligence
Incident Date: 12/22/2015               Disposition Date: 1/24/2016

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Your grievance was received in this office on 1/8/2016 and I find as follows.

Grievance Number: 012016-27671  Grievance Code: 1  Type Code: 36
All this was done on audio video camera of every zone 7ST 700 and hall way 600 zone has nothing but camera. Inmate Snelling submitted a grievance stating on 12/22/2015, he was out for free time. Inmate Snelling states he was at the kiosk machine and officers work the 7-3 shift brought an inmate back to 7ST-600 from Court. Inmate Snelling states he does not know the unknown officer R. Stroy by name but is familiar with his face. He states the officer R. Stroy took the handcuffs off white

July 23, 2017
Time: 1:12pm

Inmate Nyron Thomas #1423925 was still in Zone 700 where there a camera location at. The inmate Nyron Thomas assigned to cell 7ST-610 prior to reaching the cell. He states the officer R. Stroy did not walk the inmate Nyron Thomas to his cell he was walking all by him self. Inmate Snelling identifies the inmate as inmate Thomas (per Odyssey Jail computer system the inmate identified is Thomas Nyron #1423925). Inmate Snelling states inmate Thomas hit him with a weapon (3-10 possession of a weapon) that caused a cut above his right eye. Inmate Thomas states the officer R. Stroy didn't do anything but stand there and watch without any back up staff.

Snelling has another grievance form but half of it been cut off.

(3). <u>Mental or Emotional Injury</u>:
The PLRA also states that "(n)o Federal civil action may be brought by a prisoner confined in a Jail, Prison, o other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of Physical Injury." 42 U.S.C.A. § 1997e(e). Courts disagree about whether this allows you to sue for money damages for a Constitutional Violation that results in mental or emotional injury but not Physical injury. The different interpretation of this provision are explained in detail in Chapter Four, Section C, Part 2. If you are suing to change a Prison policy, you do need to worry about this provision.

July 23, 2017
Time: 4:07 pm

Michael Snelling. Jr.,
GDC # 1099143
   Plaintiff,

V.

Officer Robert Stacy.
   Defendant,

Civil Action Filed No.
1:16-CV-00130-CC-AJB

(B). Plaintiff has made repeated efforts to obtain a lawyer. Attached to this Motion are khadedia Mc cravy  1343 morifarest St. Stone Mountain, GA 30038

(C). Wherefore, Plaintiff's request that the court appoint _____. a member of the _____ Bar, as counsel in this case.

Signed This 24th day of July, 2017

(Signature Of Plaintiff) michael d. Snelling, Jr.

Baldwin State Prison
P.O. Box 218, Hardwick, GA 31034

5 of 5