


Mr. Michael Snelling, Jr.
GDC #1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

Legal Mail

Office of The Clerk
United States District Court
2211 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3318