In The United States District Court
For The Northern District Of Georgia
Atlanta Division

Michael Snelling, Jr.,
GDC # 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31031

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG -7 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Michael Snelling, Jr.
   Plaintiff,

V.

Officer R. Stroy,
   Defendant.

Motion For Judgment By Default

Civil Action Filed No:
1:16-CV-00130-CC-AJB

1. Plaintiff Michael J. Snelling, Jr. who is confined at the facility of Baldwin State Prison in Hardwick, GA, That you see above the head line of the letter. Plaintiff's move this Court for a Judgment by default in this action, and show that the Complaint in the above case was filed in this Court on the (August, 01, 2017 day) of the Summons and complaint were duly served on the Defendant, (Defendant's Officer R. Stroy) on the date August. 14, 2017 Served On answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of this Clerk on the day December. 22, 2015 Where I was almost Pronounce dead for getting to (Grady Hospital) on Proceedings have been taken by the Defendant since the default was entered; Defendant was not in military service and is not an infant or incompetent as appears in the declaration of Michael J. Snelling, Jr. Submittent here with.

Wherefore, Plaintiff moves that this Court make and enter a Judgment that (same as Prayer for relief in Complaint).

Signed This 31th day of July, 2017

_____
(Signature of Plaintiff)

"This is where I'm Confined At":
Michael J. Snelling, Jr
GDC # 1099143
Bald State Prison
P.O. Box 218
Hardwick, GA 31034

## Certificate Of Service

Office Of The County Attorney
141 Pryor Street, S.W. Suite 4038
   Atlanta, GA 30303

Patrise Perkins-Hooker. (County Attorney GA Bar No: 572378)
Kaye Woodard Burwell. (Deputy County Attorney GA Bar No: 775060)
Ashley J. Palmer. (Senior Assistant County Attorney GA Bar No: 603514)

And order from the Court of the Defendent Officer R. Stroy to appeal in Court the day you set an Court date for me in (Fulton County Courthouse. Soon a.s.a.p.)

Michael Snelling, Jr
Fulton Co. Jail
901 Rice Street, NW.
   Atlanta, GA 30318
"When Court Date is Set."

Michael D. Snelling, Jr.
GDC # 1099143
Baldwin State Prison
P.O. Box 218, Hardwick, GA 31034

Legal Mail

CLEARED
AUG - 7 2017

MACON GA 310
03 AUG 2017 PM 1 L

Office Of The Clerk
U.S. District Court
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3318