For The Northern District of Georgia
Atlanta Division

Michael Snelling, Jr.,
GDC # 1099143

    Plaintiff,

V.

Officer Robert Stroy,
    Defendant.

Civil Action Filed No.
1:16-CV-00130-CC-AJB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 28 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

1. Plaintiff Michael Snelling, Jr., Who is confined at the facility of Baldwin State Prison in Hardwick, GA. This is an Order for the Judge also the Defendant Officer R. Stroy,, Civil Action Filed No. 1:16-CV-00130-CC-AJB.

This is to the Court also the Attorney's Who is handle my case and Claim.

I the Plaintiff Michael Snelling, Jr. Have So many Facts about my Claim in what the Defendant Officer R. Stroy did unlawful "Under Color State Law" Where he is a employed at which is the (Fulton County Jail) Which has a lot to do with my death and Physical Injury of damage of my life. I don't care what the Attorney of Fulton County say on his behalf he is guilty of commited a Crime in the Safty of other inmate's While they are Confined in the facility of the Jail as a Prisoner. Between the Problem that I was having with the inmate Nyson Thomas, Officer R. Stroy knew what the inmate Thomas had in mind to do ~~to me~~ that is why Officer R. Stroy will not face the troth in what took Place on Dec. 22, 2015 Where I was almost Honoonce

(1).
Time: 8:46pm

dead before getting to (Grady Hospital) this is something the Attorney of the Court don't realize he should have never taking the handcuff's off the inmate in the first Place. I don't care who side you taking up for.

I'm going to ask the Court and Attorney lawyer of the Court for a Court date to Show my face to State Courthouse in (Fulton County Jail) while the Defendant Officer R. Stroy in Court on trial while the case is Pending. I have said once before this lawsuite is not over until God say it's over. Defendant officer R. Stroy Can lie to the Court and the Attorney who is on his side. But my God set high and look below. I the Plaintiff Put this statement in because the court and Judge is trying to over look the audio Camera that is located in the facility of the Jail. There is a right and wrong no matter how you See it but the Camera tell it all since you taking his Side and not the Plaintiff.

Sign This 20th day of August, 2017

Michael Snelling, Jr.
(Signature of Plaintiff)

Michael Snelling, Jr.
GDC# 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

(2).          Time: 6:20pm