Office of the Clerk
United States District Court
600 East First Street
Suite #304
Rome, GA 30161

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

SEP 18 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Michael J. Snelling, Jr.,
Gdc# 1099143
    Plaintiff,

V.

Officer R. Shroy,
    Defendant.

Prisoner Civil Rights
42 U.S.C. § 1983
Incident Date: 12/22/15

Civil Action Filed No:
1:16-CV-00130-CC-AJB

Plaintiff Michael Snelling, Jr. Who is confined at the facility of Baldwin State Prison in Hardwick, GA 31034 I'm writing you about the "Defendant officer R. Shroy" I ask you please not to dismiss my claim for any reason because I have alot of facts and reason where I really cannot put it all on paper the right way to tell you in court. I have to tell you face to face with the Defendant officer R. Shroy and other staff officer involve in this case. But I can tell you everything in court of trial in how if really happen, Also show the court what was done to me while I was in Grady Hospital. Defendant officer R. Shroy lie in his statement while on oath. To the State and the people of the court the truth shall be heard that was almost pronounce dead on the date of incident December, 22, 2015. I pray that the Federal court would really take the moment of a good look into my claim of my lawsuits of right and wrong in what the Defendant officer R. Shroy and other who are involve that knew about my interaction at the Hospital also who was watching over me while I was in for them 11 days. The Defendant officer R. Shroy unlawful committed a Federal Crime in the facility involved with Prisoner who confined inside the (Fulton county jail).

1 of 4

## First Defenst

Plaintiff complaint and answer to State my claim against Defendant Officer R. Stroy upon which relief can be granted.

1). Money paid to me in the Amount of $60,000.00

2). A Pair of glasses in the Amount of $250.00 Paid by the County Cost.

3). All hospital bill Paid to Grady Hospital also for my Surgery for my neck and every thing else that is involved with my incbry.

## Third Defenst

Defendant Officer R. Stroy has committed an act of Putting the Plaintiff michael Snelling.dr life in damage.

## Previous Lawsuits

Defendant is without information or knowledge sufficient to from a belife as to the truth of the allegations as set forth in Paragraph 1.(A).of Plaintiff's complaint; to the extent an answer is required they are not denied. Defendant Officer R. Stroy is making a fool of him-self an the court's by lie's While he is on Oath in how he wasn't doing his Job right and broken the United States Law, Federal Law "Under Color of State Law". i. (B). The Same Statement On the Plaintiff behalf of the truth . 2.(A)(c)(0). My same Statement of Plaintiff michael Snelling, dr. Also Still Suffering Pain,

## Statement of Claim

Defendant Officer R. Stroy admits only that he removed the handcuff's from inmate Nyron Thomas so that Nyron Thomas could enter his cell without another escort as a officer or Sgt or Lt. Defendant Stroy Statement don't sound right and I the Plaintiff know for a fact that the inmate Walk into the Zone of 600 without other officer's with him and without handcuff's on.

## Statement of Claim

R. Stroy did not escorting the inmate Nyron Thomas
up the stairs to his Cell 6th Zone 600. I Plaintiff
Michael Snelling, Jr. Have Said before On December.
22, 2015. All other allegations is not denied or dismiss.

## Statement of Facts

### Document 33-1 Filed Jul.12, 2012

"Plaintiff" was outside my Cell for recreation in an
"administrative lockdown Zone" where Physical inter-
action between inmates is Prohibited. (Doc, 5 at 4). At
the Same time," Question for the Defendant Officer
R. Stroy ask him this Q again While escorting inmate
Nyron Thomas Was he in handcuff's as he was
enter the Zone by him Self and was there any
other Officer or Sgt with you While you Was
escorting inmate Nyron Thomas. "Question ask
the Defendant Officer R. Stroy did he walk the
inmate Nyron Thomas up any Stairs at any
time. I would like for you to find out where
inmate Nyron Thomas Confined at What Prison
and have him in Court as well. [3] Question, ask
the Defendant Officer R. Stroy Was there "Audio Video
Camera in every Zone and why Was it not been Said in
his Statement to show in to the Court On Dec. 22, 2015.
[4] Question What Was going through Defendant Officer R. Stroy
mind to Cause Physical harm, [5] Question, Ask Defendant
Officer R. Stroy again if he Wasn't escorting inmate
Nyron Thomas up the Stairs ask Defendant Officer
R. Stroy where was he Standing at when the inmate
Thomas Posed me While I was on the Kiosk machine.
[6] Question ask the Defendant Officer R. Stroy that
he Was aware about inmate Nyron Thomas of what
he had in mind before leaving Zone 700 and.
enter Zone 600 without no other escort with him.

Signed This 14th day of September, 2017

Michael Snelling, Jr.
( Signature of Plaintiff )

Michael Snelling, Jr
GDC# 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034