Michael Snelling, Jr.
GDC # 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

"Legal Mail"

MACON GA 310
14 SEP 2017 PM 2 L

30161-316775

Office of The
United States District Court
600 East First Street
Rome, Georgia 30161

CLEAR