United States District Court
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3318

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 19 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Michael J. Snelling, Jr.,
GDC# 1099143
    Plaintiff,

V.

Officer R. Shroy,
    Defendant.

Prisoner Civil Rights
42 U.S.C. § 1983
Incident Date: 12/22/15

Civil Action Filed No:
1:16-CV-00130-CC-AJB

Plaintiff Michael Snelling, Jr. who is confined at the Facility of Baldwin State Prison in Hardwick, GA 31034 I'm writing you about the "Defendant officer R. Shroy" I ask you please not to dismiss my claim for any reason because I have alot of facts and reason where I really cannot put it all on paper the right way to tell you in Court. I have to tell you face to face with the Defendant officer R. Shroy and other staff officer involve in this case. But I can tell you everything in Court of trial in how it really happen, Also show the Court what was done to me while I was in Grady Hospital. Defendant officer R. Shroy lie in his statement while on oath. To the State and the People of the Court the truth shall be heard that was almost pronounce dead on the date of incident December, 22, 2015. I pray that the Federal Court would really take the moment of a good look into my claim of my lawsuits of right and wrong in what the Defendant officer R. Shroy and other who are involve that knew about my interaction at the Hospital also who was watching over me while I was in for them 11 days. The Defendant officer R. Shroy unlawful committed a Federal crime in the facility involved with prisoner who confined inside the (Fulton County Jail).

1 of 5

Plaintiff Answer To Defendant Officer Stroy Complaint
Document 25 Filed Nov 22, 2016

## First Defenst

Plaintiff Complaint and answer to state my claim against Defendant Officer R. Stroy upon which relief can be granted.

1). Money paid to me in the Amount of $60,000.00
2). A Pair of glasses in the Amount of $250.00 Paid by the County Cost.
3). All hospital bill paid to Grady Hospital also for my surgery for my neck and everything else that is involved with my injury.

## Third Defenst

Defendant officer R. Stroy has committed an act of putting the Plaintiff Michael Snelling, Jr. life in damage.

## Previous Lawsuits

Defendant is without information or knowledge sufficient to from a belife as to the truth of the allegations as set forth in Paragraph 1.(A) of Plaintiff's Complaint to the extent an answer is required they are not denied, Defendant Officer R. Stroy is making a fool of him-self an the court's by lie's while he is on oath in how he wasn't doing his job right and broken the United States Law, Federal Law "Under color of State Law". 1.(B). The same statement on the Plaintiff behalf of the truth. 2.(A)(C)(D). my same statement of Plaintiff Michael Snelling, Jr. Also still suffering pain.

## Statement of Claim

Defendant Officer R. Stroy admits only that he removed the handcuff's from inmate Nyvon Thomas so that Nyvon Thomas could enter his cell without another escort as a officer or Sgt or Lt. Defendant Stroy Statement don't sound right and I the Plaintiff know for a fact that the inmate walk into the zone of 600 without other officer's with him and without handcuff's on.

2 of 3

Statement of Claim

R. Stroy did not escorting the inmate Nyron Thomas up the Stairs to his Cell 618 Zone 600. I Aint. FF michael Snelling, Jr. Have Said before On December, 22, 2015. All other allegations is not denied or dismiss.

## Statement of Facts
### Document 53-1 Filed Jul. 17, 2017

"Plaintiff" was outside my cell for recreation in an "administrative lockdown zone" where physical interaction between inmates is prohibited. (Doc. 59¶4). At the same time, Question for the Defendant officer R. Stroy ask him this Q again While escorting inmate Nyron Thomas was he in handcuffs as he was enter the Zone by him self and was there any other Officer or Sgt with you While you was escorting inmate Nyron Thomas. 2 Question ask the Defendant officer R. Stroy did he walk the inmate Nyron Thomas up any Stairs at any time. I would like for you to find out Where inmate Nyron Thomas confined at what Prison and have him in Court as well. 3 Question, ask the Defendant officer R. Stroy was there "Audio Video Camera in every Zone" and why was it not been said in his Statement to show in to the Court on Dec. 22, 2015. 4 Question What was going through Defendant officer R. Stroy mind to cause Physical Harm. 5 Question, Ask Defendant officer R. Stroy again if he wasn't escorting inmate Thomas where was he Standing at when the inmate Nyron Thomas posed me while I was on the Kiosk machine

6 Question ask the Defendant Officer R. Stroy that he was aware about inmate Nyron Thomas of he had in mind before leaving Zone 700 and enter Zone 600 without no other escort with him.

7. Question Defendant Officer R. Stroy was also aware about the Phone and drugs that was coming into the facility of the Jail. Through the back entrance of the Jail without the Cheif Jailer didn't know anything about it. 8. Question Defendant Officer R. Stroy did knew and was aware that Nyron Thomas Posed me to Physical harm me with threat's and Defendant Officer R. Stroy was told by me that inmate Nyron Thomas was going to harm me in the First Place but Officer R. Stroy refuse to list and help me. So what I have done Contact my Sister from my tablet to have her to get in contact with someone over classification to have me moved to another floor or to speak with someone who is over the Jail in Charge Sgt. W. Head he refuse to move me as well. For the Court to know that this Person is involve for not trying to move me to Keep interaction from happen. *For the record Contact this Person which is my Sister as a witness: Khadesia Mc Crary (678) 754-8592 She will tell you everything in what she try to do to keep me from getting hurt by inmate Nyron Thomas.* I, Plaintiff Michael Snelling, Jr. Contends that my Civil rights were violated when both of the Defendant refuse to help me do to my safety in the Jail I believe there are others involve as well that was looking over me while I was hospitalization for them 11 days while I was in (Grady Hospital). Defendant officer R. Stroy failed to Prevent me from being attacked by inmate Nyron Thomas who also knew that the Defendant Officer R. Stroy was affilicated with the gang member's to get them the things they needed inside the (Fulton Co. Jail).

Signed This 14th day of September, 2017

4 of 5

Michael Snelling, Jr
(Signature of Plaintiff)

Michael Snelling, Jr
GDC #1099143
Baldwin State Prison
P.O Box 218
Hardwick, GA 31034

5 of 5