Office of the Clerk
United States District Court
2211 United State Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3318

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT - 4 2017

JAMES N. HATTEN, Clerk
By: J. Brown, Deputy Clerk

| | |
|---|---|
| Michael J. Snelling, Jr., GDC# 1099143 <br> Plaintiff, <br><br> V. <br><br> Officer R. Stroy, <br> Defendant. | Prisoner Civil Rights <br> 42 U.S.C. S 1983 <br> Incident Date: 12/22/15 <br><br> Civil Action Filed No: <br> 1:16-CV-00130-CC-AJB |

Plaintiff Michael Snelling, Jr. who is confined at the facility of Baldwin State Prison in Hardwick, GA 31034 I'm writing you about the "Defendant officer R. Stroy" I ask you please not to dismiss my claim for any reason because I have a lot of facts and reason where I really cannot put it all on paper the right way to tell you in court. I have to tell you face to face with the Defendant officer R. Stroy and other staff officer involve in this case. But I can tell you everything in court of trial in how it really happen, Also show the court what was done to me while I was in Grady Hospital. Defendant officer R. Stroy lie in his statement while on oath. To the State and the People of the Court the truth shall be heard that was almost pronounce dead on the date of incident December. 22, 2015. I Pray that the Federal Court would really take the moment of a good look into my claim of my lawsuits of right and wrong in what the Defendant officer R. Stroy and other who are involve that know about my interaction at the hospital also who was watching over me while I was in for them 11 days. The Defendant officer R. Stroy unlawful committed a federal crime in the facility involved with prisoner who confined inside the (Fulton County Jail).

1 of 9

Sep. 22, 2017

### First Defense

Plaintiff complaint and answer to state my claim against Defendant Officer R. Stroy upon which relief can be granted.

1). Money paid to me in the Amount of $60,000.00
2). A pair of glasses in the Amount of $250.00 paid by the County Cost. (Replace of Free World Glasses And Paid For.)
3). All hospital bill paid to Grady Hospital also for my surgery for my neck and every thing else that is involved with my injury.

### Third Defense

Defendant officer R. Stroy has committed an act of Putting the Plaintiff Michael Snelling, Jr life in damage.

### Previous Lawsuits

Defendant is without information or knowledge sufficient to from a belief as to the truth of the allegations as set forth in Paragraph 1. (A) of Plaintiff's Complaint; to the extent an answer is required they are not denied, Defendant officer R. Stroy is making a fool of himself on the court's by lie's while he is on Oath in how he wasn't doing his Job right and broken the United States Law, Federal Law "under" Color of State Law, 1. (B). The same statement on the Plaintiff behalf of the truth. 2.(A)(C)(D). My same statement of Plaintiff Michael Snelling, Jr. Also Still Suffering Pain.

### Statement of Claim

Defendant officer R. Stroy admits only that he removed the handcuff's from inmate Myron Thomas so that Myron Thomas could enter his cell without another escort as a Officer or Sgt or Lt. Defendant Stroy Statement don't sound right and I the Plaintiff know for a fact that the inmate walk into the Zone of 600 without other officer's with him and without handcuff's on.

Sep. 27, 2017

## Statement of Claim

R. Stroy did not escorting the inmate Nyron Thomas up the Stairs to his Cell 610 Zone 600. I Plaintiff Michael Snelling, Jr. Have Said before On December. 22, 2015. All other allegations is not denied or dismiss.

## Statement of Facts

### Document 53-1 Filed Jul. 17, 2017

"Plaintiff" was outside my cell for recreation in an "administrative lockdown Zone" where Physical interaction between inmates is Prohibited. (Doc. 54 ¶ 4). At the same time, Question for the Defendant officer R. Stroy ask him this Q again while escorting inmate Nyron Thomas was he in handcuffs as he was enter the Zone by him self and was there any other Officer or Sgt with you while you was escorting inmate Nyron Thomas. Question ask the Defendant Officer R. Stroy did he walk the inmate Nyron Thomas up any Stairs at any time. I would like for you to find out where inmate Nyron Thomas confined at what Prison and have him in court as well. 3. Question, ask the Defendant Officer R. Stroy was there "Audio Video Camera in every Zone and why was it not been Said in his Statement to Show in to the Court On Dec. 22, 2015. 4 Question What was going through Defendant Officer R. Stroy mind to cause Physical harm. 5 Question, Ask Defendant Officer R. Stroy again if he wasn't escorting inmate Thomas where was he Standing at when the inmate Nyron Thomas posed me while I was on the Kiosk machine.

6. Question ask the Defendant officer R. Stroy that he was aware about inmate Nyron Thomas of what he had in mind before leaving Zone 700 and enter Zone 600 without another escort with him.

3 of 9           Sep. 27, 2017

Something for me all that I have been through.

(1.). This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, "Under Color of State law," of rights secured by the constitution of the United States.

The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Michael Snelling, Jr. seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Michael Snelling, Jr. Claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and rule 65 of the Federal Rules of Civil Procedure. The Northern District of Georgia is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred. Plaintiff Michael Snelling, Jr., is and was at **all times** mentioned herein a Prisoner of the State of Georgia in the custody of the Georgia Department of Corrections. He is currently confined in Baldwin State Prison in Hardwick, Georgia. Defendant R. Stroy Civil Action Filed No: 1:16-CV-00130-CC-AJB is the officer of the (Fulton County Jail). He is legally responsible for the operation of the in that facility, who, at all times mentioned in this complaint, held the rank of Prison guard and was assigned to Georgia State Prison.

4 of 5

Sep, 27, 2017

at the (Fulton Co Jail)

(2). Each and every day on the "News you hear something about the county jail in Fulton County or something about an inmate which is a Prisoner who loss there life because of an Officer or staff medical Dept. Due to uncare less safety at the facility of the Jail. And alway's win a lawsuits cause the staff member cover up for one another to keep an inmate from making a report about what's going on behind the Prison walls of Jail.

(3). Every Person who is employed for the (Fulton County Jail) is getting away with Crime every day just to keep it off the air of the news and from the Public from known anything and the truth. And be true the Fulton Co. Jail is not been investigation by real outside People that really want's to no what is going on. I, Plaintiff Michael Snelling, Jr. was really Pronounce dead on December, 22, 2015 and this is not a made up statement or some kind of dream this was my life with no questions to be said between the hours of 3pm and 5pm the Defendant Officer R. Stroy and other's staff member's is involve while I was Hospitalization while I was in (Grady Hospital) for

5 of 6

Sep. 27, 2017

the 11 days.

(4). This claim is about my safety, health, Physical Injury, Mental health, and death that was cause by the Defendant officer R. Stroy this claim action lawsuit is not dismiss. Just Put your-self in the Plaintiff Michael Snelling, Jr. Shoes and feel where I'm coming from about this matter that I have went through while I was an Inmate at the (Fulton Co. Jail).

### Office of The Fulton Co. Attorney

(1). Patrise Perkins-Hooker
(2). Kaye Woodard Burwell
(3). Ashley J. Palmer

Statement Ask your-self what would you do if this was to happen to you. "Do you really Care about a Prisoner and they SAFETY"

You just really have to review the inside the Jail to see for your-self to know what it's really like on the inside and how it's ran.

Since my Physical Injury I have not been the same Since my eye's getting real bad and still suffering from alot of Pain from my back and my left hand also my right knee now. Can something be done from the Court Please do

6 of 7                                        Sep. 27, 2017

(4). Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted "under the color of state law".

(5). All the staff who are involved here is the names, that are employe for (Fulton Co. Jail).

1). Sgt. J. Gradner. : * The witness to the incident.

2). Offcer R. Stroy. : * Deffendant who cause the Problem of the incident on Dec. 22, 2015.

3). Sgt W. Head. : * The head of Classification that refuse to move me.

4). Madar Walker. : * Defendant refuse to investigation the incident.

5). Officer Carter. : * Defendant who took my move card and told ever inmate what my charging was when I was on 6N Zone 600.

6). Capt. McGee : * Defendant didn't want to review the incident or handle the Grievance Form.

7). Medical Dept. : * No good medical treatment and before I went to Prison they refuse to release my medical record copying to me.

8). Michal Snelling, Jr. (Another witness. Who contact Classification which my step sister Khadedia McCrary (678) 754-8592)

V.

Fulton County Jail

7 OF 8

Sep. 27, 2017

(6). I, the Plaintiff Michael Snelling, Jr. Respectfully Pray that this court enter a Order for an Court date of trial on my behalf. A declaration that the acts and omissions described herein violate my rights under the Constitution and laws of the United States, and, A Preliminary and injunction Ordering (*Defendant Officer R. Stray) (*Witness: Sgt. Gredner) (*Sgt White Head) (*Major Walker) (*Officer Carter) (*Capt. McGee) (*Medical Department of Staff), to cease their physical violence and threats toward the Plaintiff Michael Snelling, Jr. And granting compensatory damages in the amount of $62,000.00 or more from each defendant jointly and severally.

1. Plaintiff Michael Snelling, Jr. Also seeks recovery of their costs in this suit, and any additional relief this court deems just proper, and equitable.

Date: September 27, 2017
Respectfully Submitted:
Every Employe That Is Involve Name Are Above That You Will See, With Blue Bk lt.
Fulton County Jail
901 Rice Street, NW
Atlanta, GA 30318

(7). Office of The Clerk:
United States District Court
U.S. Courthouse Suite 2211
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3361

Office Of The Fulton County Attorney
Patrise Perkins-Hooker
County Attorney:
Georgia Bar No: 572358

Kaye W. Burwell
Deputy County Attorney
Georgia Bar No: 775060

/s/ Ashley J. Palmer
------------------------
Ashley J. Palmer
Senior Attorney
Georgia Bar No: 603514

/s/ Jenise S. Smith
------------------------
Jenise S. Smith
Staff Attorney
Georgia Bar No: 163920

Office Of The Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, GA 30303

Signed This 14th day of September, 2017

Michael Snelling, Jr
------------------------
(Signature of Plaintiff)
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

Michael J. Snelling, Jr
GDC # 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

MACON GA 310
29 SEP 2017 PM 1 L

ADDITIONAL OUNCE · USA

CLEAR
OCT -- 2017
U.S. M...
Atlanta G...

Legal Mail
(A.S.A.P.)

Office of The Clerk
United States District Cour[t]
2211 United State Courthous[e]
75 Ted Turner Drive, S[W]
Atlanta, GA 30303