In The United States District Court
For The Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT - 2 2017
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Michael J. Snelling, Jr.,
GDC # 1099143

    Plaintiff,

V.

Officer R. Stroy,
    Defendant.

(Additional Sheet)
Incident Date: Dec. 22, 2015

Civil Action Filed No:
1:16-CV-00130-CC-AJB

Plaintiff Michael J. Snelling, Jr. GDC # 1099143, Who is Confined at the facility of Baldwin State Prison in Hardwick, GA.

    I would like to take this opportunity to write you so you can understand the facts of my claim against the Defendant Officer R. Stroy and other that was of aware of this incident maybe also involved on Dec. 22, 2017.
    Staff member's name I know some of them not all the names but only by faces that I can remember when I see there face.

1). <u>Sgt. J. Gradner</u>: (Witness). He save my life and had me to ID some of the employe of different staff officer.

2). <u>Major Walker</u>: (Defendant). That refuse to help me with the Grievance Forms that I had on other Staff officer in the wrong they was doing to other inmates. Also Cover up for the officer's who was getting the Phones and Drugs into the facility of the Jail.

3). <u>Capt McGee</u>: (Defendant). When I was on 6 North I try to talk to him about my Grievance forms that I turn into the Grievance Office never was respond back on the Defendant Officer R. Stroy. He also refuse to help me with my matter.

4). <u>Sgt. White Head</u>: (The one Who run Classifications Dept. Refuse to move me to keep this incident from happen also When I had my Step Sister to contact
(Defendant)

Sep. 27, 17          Page: 1

the Problem that me and Other inmate Nyron Thomas BK# 1423925 was having between one another for Something my Cell-mate done to me by writing a letter to Capt McGee about a that Nyron Thomas had inside his light and Put my name on the letter that is why inmate Nyron Thomas Physical harm.

5). Witness Step Sister Khadedia Mc Gavy Contact Number. (678) 754-8592 P.O. Box 620567, Atlanta, GA 30362 for more Information if needed Please. That can be Some help to you and me.

6). Officer Carter: (Defendant). That is when he open all the cell doors on 7ST While on "Administrative Lock-down zone of 600 and I have Grievance that to and no respond on it never.

7). Employee that was at Grady Hospital While Watching over me is involved in this incident on December. 22, 2015 I can't think of all names at this moment but through ID I can remember there faces really good; if I see them through a line UP.

## 1. Introduction

On April. 4, 2017, In an effort to narrow the issues in dispute before the Court, Defendant served this first requests for admissions of fact upon Plaintiff Pursuant to Fed. R. Civ. Pro. 36. See Exhibit (A.) I the Plaintiff michael Snelling, Jr. have not been getting my mail here at Baldwin State Prison in Hardwick, GA; The People in the mailroom be holding inmates mail. This is Why I miss my due date on April, 15, 2017, But I didn't failed to answer or object to any of the matter addressed in Defendant's First Requests for admissions of fact, I will be glad to answer the Defendant Officer R. Story question at any time. Except for request No. 3 and no Cause Which it is an Cause.

See exhibit (B) By operation of law, Fed. R. Civ. Pro. 36 (a)(3), "a matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection."

## 2. Factual And Procedural Background

On April 11, 2017, Plaintiff Michael J. Snelling, Jr was served via First Class mail but didn't get in time because it was held up in the mailroom with Defendant Officer R. Stroy requests for admissions of fact regarding ten (10) matters.

Case 1:16-cv-00130-CC-AJB Document 54 Filed July 12, 2017
Snelling V. Stroy

Plaintiff Michael J. Snelling, Jr. Motion To Deem First Requests For Admissions Of Fact Admitted

First, Plaintiff was asked to admit that Officer Stroy was aware that inmate Nyron Thomas Booking No. #1123925 Posed a risk of Physical harm to me (RFA #1)

Second, Plaintiff was asked to admit that Officer Stroy did received some documentation from the Fulton County Jail Personnel informing him that inmate Nyron Thomas posed a risk to me he was told this before the incident 3 weeks ahead of time. (RFA #2)

Third, Plaintiff was asked to admit that officer Stroy was aware of any grievances had been filed against inmate Nyron Thomas yes when I was moved to 7NT 100 Zone but officer Stroy refuse to look at the 42 U.S.C. §1983 I had filed on him as well as the grievance form of December, 22, 2015 Grievance Number: 012016-27071 Type Code: 36 Grievance Code: 1 Nature of Grievance: Allegation of Physical Abuse. Grievance Officer Lieutenant S. Morton is review Investigation. (Response To Inmate Grievance) (RFA #3)

Sep.27,17                Page: 3

Fourth, Plaintiff was asked to admit that he was aware that inmate Nyron Thomas intended to assault him prior to the assault. Yes it shows under my neck where I had the Surgery and above my eye right that I can't see out of that good. (RFA #4)

Fifth, Plaintiff was asked to admit that he did filed grievance against the Defendant also in how Officer R. Stroy didn't have no other Officer with him while he was escorting Nyron Thomas without handcuffs on the inmate (RFA #5)

Sixth, Plaintiff was asked to admit that he informed other staff that inmate Nyron Thomas posed a threat to him prior to the assault. Yes I did to Major Walker and to Sgt. White Head and other name unknown also Sgt J. Gradner my witness. (RFA #6)

Seventh, Plaintiff was asked to admit that he informed Defendant Officer R. Stroy that inmate Nyron Thomas posed a threat to him prior to the assault. Yes I did before the next day but Officer R. Stroy refuse to list to me and thought that it was a game because we both was behind close door don't mean that he still could get to me but he did Officer R. Stroy was aware of that. (RFA #7)

Eighth Plaintiff was asked to admit that he did not see Officer R. Stroy escort inmate Nyron Thomas into the Zone of 600 not once the inmate came into the Zone own his own without the handcuff's on for the last time that I say this for the record of the Court

to and it's on Audio Camera video that you have never seen or was told by the officer R. Stroy he never went up the stairs with the inmate Nyron Thomas not once or handcuff's on the inmate. (RFA#8)

Ninth    Plaintiff was asked to admit that he did see Officer R. Stroy remove any Physical restraints from inmate Nyron Thomas prior to the assault. Like I have said before so many times yes I did watch inmate Nyron Thomas from zone 700 to zone 600 Posed me with an weapon where it come from I don't no (RFA#9)

Tenth    Plaintiff was asked to admit that Officer R. Stroy was aware that Plaintiff Michael Snelling, Jr. was Present at the kiosk machine when Officer R. Stroy allegedly Released inmate Nyron Thomas restraints. The inmate never had any on at all. Defendant Officer R. Stroy was on Camera he just stood there at the red zone of 600 exit door with no other staff officer with him while escorting the inmate and watching every thing happen to me. "A Camera don't lie so let's review the camera and let it speak for it self. (RFA#10) Here are the facts and the truth that the Defendant Officer R. Stroy Civil Action Filed September 13, 2017 should have done to avoid this incident but didn't he knew what inmate Nyron Thomas had in mind to do to me this is why the Defendant Officer R. Stroy

Sep. 27, 2017        Page: 5

did what he wanted to happened to me. because I knew to much about how the Phones and the Drugs was Coming into the Facility of the (Fulton County Jail).

I, Plaintiff Pray that you find out where Nyson Thomas Confined at what facility and have him in Court as well let's go to trial. And remember it's not about me it's about the Defendant Officer A. Stay and my Safety while I was Confined inside that facility of the (Fulton County Jail.) Since May. 04, 2014 to Oct. 04, 2016 I have Seen and heard how Staff member's was affiliated with the gang member's also family member's who can get the items into the facility of jail that knew the inmates from the Street's and by Phone. Of total of days while Confined in the (Fulton Co. Jail) before my Sentence 858 days. My Statement will never Change what is really happen behind closed door's you will never See the real truth in what a inmate really go through unless you see it for your self in house review investigation of (Fulton Co. Jail) the truth Shall be told.

Signed 26th day of September, 2017

Michael W. Snelling, Jr.
Signature of Plaintiff

Page: 6

Respectfully Submitted, This 26th day of September, 2017

Office Of The Fulton County Attorney

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572358

Kaye W. Burwell
Deputy County Attorney
Georgia Bar No. 775060

/s/ Ashley J. Palmer
Ashley J. Palmer
Senior Attorney
Georgia Bar No. 603514

Office Of The Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, GA 30303

Michael J. Snelling, Jr
GDC # 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

Michael J. Snelling, Jr.
(Signature of Plaintiff)

Sep. 27, 2017

Michael J. Snelling, Jr.
GDC # 1099193
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

Legal mail
(A.S.M.P.)

CLEARED
U.S. Marshals
Atlanta Ga

Office of The Clerk
United States District Court
2211 United State Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3318

MACON GA 310
29 SEP 2017 PM 1 L

