Oct. 2, 2017
Time: 9:07 Am

Office of The Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3318

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT - 6 2017

JAMES N. HATTEN, Clerk
By: S. Brannon, Deputy Clerk

Michael Snelling, Jr.,
GDC # 1099143
  Plaintiff,

V.

Officer R. Stroy,
  Defendant.

Civil Action Filed No:
1:16-CV-00130-CC-AdB

1. Plaintiff Michael Snelling, Jr. who is confined at the facility of Baldwin State Prison in Hardwick, GA. P.S. For the record (Snelling V. Stroy), It's not over until God say it's over. If I could get the Indigent needs of a Attorney to help me to fight my claim for me I'll do that. And have someone once again to come and visit me here at Baldwin State Prison would be alot of help on my behalf.

    "Motion To Amend"

The next major activity in your suit will be discovery. Rules 26-37 of the Federal Rules of Civil Procedure explain "discovery" tools that both parties in a lawsuit can use. You should begin by reading through those rules. Some of the rules, like Rules 26, set out different requirements for Pro Se Prisoners

Oct, 24, 2017
Time: 9:35 AM

than for 'Others'. It is also very important to read the corresponding local rules from the district your case is in, as many courts have made important changes to the federal rules.

1. Plaintiff would like to be true in every matter that has so much to do with the safety of any kind of facility. Right or Wrong — Any who work for the law around Prisoner of the ——— Jail is not always be true under oath known a Prisoner has been Confined for false Statement of a Victims who was selling drugs around young children under the age of "10 to 14" and household of "10" kids, and drug using are living around the kids boyfriend was once confined in prison for the same matter of drugs. Parent of the Children (Kewana Scott) lie to (D.F.C.S) and (Atlanta Police Dept). on May, 1, 2014 to keep from loss her kids out of "10" kids she just had one to lie on me to cover up act so (D.F.C.S) could not no the truth in her which is Parent behinder of abuse to her own kids.
Last Known Address 1013 Ashlo Grove, Atlanta, GA. 30314 Contact Number 678-536-7174. This is not the frist time that this has happen to me by a Parent who use there Children for a cover up of drugs. This is why I couldn't fight my own case and known I was telling the truth the state didn't want to take it to trial False Imprisonment by the state of Georgia. (Criminal Action No. 14SC129338. Took Away My Freedom.

2 of 3

Oct, 2, 2017
Time: 10:34 am

## The Importance of "Discovery"

(1). Uncover factual information about the events that gave rise to your case.

(2). Collect evidence to use at "Summary Judgment" or your trial.

(3). Force the defendant to explain their version of the facts, and provide you with evidence they may rely on.

Discovery helps you to get important information and materials from the other party before the case goes to trial. If you don't have a lawyer at this stage, you will need to spend a lot of time thinking about what facts you will need to prove at trial, and coming up with a plan about how to find out that information. The Southern Poverty Law Center's litigation manual for Prisoner who Indigent, Protecting your Health and yes I'm mental health and don't understand anything about a lawsuit but do no what took place at the facility I was confined at on 12-22-2015 and I'm not that crazy to forget what happen to me when and while I was on my way to (Grady Hospital) Pronounce Dead that day because of the defendant (Officer R. Stroy). Civil Action Filed No. 1:16-CV-00130-CC-AJB.

Safety, has a very helpful chapter on developing discovery strategies. You will find information on court order for trial date soon I will not on 42 U.S.C. § 1983 for what was done to me by unsafety work in the facility of a Jail no question to be said.

, 2017
Time: 11:25 Am

I, Plaintiff (Michael Snelling, Jr), feel that I pray that the Defendant R. Stroy should be face to face in court so I can tell the who truth and nothing but the truth. A person defendant will say anything to cover up for his action in what he has done and God no what really happen on 12-22-2015

So the next letter that you send me has a court date for me to be in face to face with (Officer R. Stroy). Also back at (Fulton Co. Jail).
I'm sick of all the question I need to be inside a real courtroom soon God Bless you.

Signed This 2nd day of October, 2017

_____
(Signature of Plaintiff)

Michael J. Snelling, Jr.
GDC # 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034