RECEIVED
FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT - 6 2017

JAMES N. HATTEN, Clerk
By: J. Brannon, Deputy Clerk

Office Of The Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Drive, S.W
Atlanta, GA 30303 3318

Michael J. Snelling, Jr.,
GDC #1099143
    Plaintiff,

V.

Officer R. Stroy,
    Defendant.

Order To Show Cause For An Preliminary Induction And A Temporary Restraining Order.

Civil Action Filed No. 1:16-CV-00130-CC-AJB

Plaintiff Michael Snelling, Jr. Who is confined at the facility of Baldwin State Prison in Hardwick, GA.

Upon the complaint, the supporting affidavits of Plaintiff's, and the memorandum of law submitted herewith, it is:
    Ordered that defendants (Officer R. Stroy defendants against who you are seeking a Preliminary injunction) Show Cause in room ____ of the United States Courthouse, (2211 United States Courthouse, 75 Ted Turner Drive, S.W Atlanta, GA 30303-3318) on the ____ day of ____ 20__, at ____ o'clock, Why a Preliminary induction should not issue Pursuant to Rule 65 (a) of the Federal Rules of Civil Procedure enjoining the defendant their successors in office, agents and employees and all other Person acting in Concert and Participation with them, from (state the actions you want the Permanent injunction to cover).

It is further ordered that effective Immediately, and Pending the hearing and determination of this order to Show cause, the defendants (Officer R. Stray defendants against whom you want temporary relief) and each of their officers, agents employers, and all Persons acting in concert or Participation with them, are restrained from (State the actions you want the TRO to Cover).

It is Further Ordered that the order to Show cause and all order Paper attached to this application be Served on the aforesaid Plaintiffs by (October. 18, 2017, 13 working business days).

_____     _____     _____
(Judge's Signature  )       Date:      U.S. District Judge

Signed This 2th day of October, 2017

Michael J. Snelling, Jr.
GDC # 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

_Snelling Jr._
(Signature of Plaintiff)

Oct. 1, 2017                    2 of 3                    Time: 9:45 AM

Office of The Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Drive, SW
    Atlanta, GA 30303-3318

Michael J. Snelling, Jr.,
GDC #1099143

    Plaintiff,

V.

Officer R. Stroy,
    Defendant.

Signing Your Papers

Civil Action Filed No.
1:16-CV-00130-CC-AJB

Plaintiff Michael Snelling, Jr., who is confined at the facility of Baldwin State Prison in Hardwick, GA.

I the Plaintiff Pray that the Judge Should consider the Papers Submitted by both Sides. He or She is not Supposed to meet with lawyers representing Prison officials unless he or she appoints a lawyer for you or orders Prison officials to bring me to court to argue your own case

Signed This 2nd day of October, 2017

Michael J. Snelling, Jr. GDC# 1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

Witness: Ms. K. McGravy
P.O. Box 620567
Atlanta, GA 30362
Contact: (678) 754-8592

_/s/ Snelling_
(Signature of Plaintiff)

Oct. 1, 2017      3 of 3      Time: 11:50AM