Michael Snelling, Jr.
GDC #1099143
Baldwin State Prison
P.O. Box 218
Hardwick, GA 31034

MACON GA 310
04 OCT 2017 PM 2 L

(Legal Mail)

Office Of The Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3318