Case 1:16-cv-00130-CC   Document 73   Filed 10/17/17   Page 1 of 1

Filed Date: Oct 9, 2017
Time: 9:Am   Page: 1

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 17 2017
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Office Of The Clerk
United States District Court
Of United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3318

| | |
|---|---|
| Michael J. Snelling, Jr., GDC #1099143 | Summons |
| Plaintiff, | |
| V. | Civil Action Filed No. 1:16-CV-00130-CC-AJB |
| Officer R. Stoy, Defendant. | |

1. Plaintiff Michael Snelling, Jr. Who is Confined at the facility of Baldwin State Prison in Hardwick, GA.

You are hereby Summoned and required to serve upon Plaintiff's, Whose address is (Baldwin State Prison P.O. Box 218, Hardwick, GA 31034) an answer to the Complaint Which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of Service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the Complaint.

Signed This 9th day of October, 2017

Clerk Of The Court
Date: _____